Michael A. Hayes
Plaintiff
-vs-

Defendants

FILED LOGED RECEIVED MAIL
OCT 29 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Civil Action No.

Complaint

21-CV-1477 RAJ-JRC

## I) Jurisdiction & Venue

1) This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the constitution of the United States. The court has jurisdiction under 28. U.S.C. Section 1331 and 1343(a)(3). Plantiff Hayes seeks declaratory relief pursuit to 28 U.S.C. Section 2201 and 2702. Plantiff Hayes claims for relief are authorized by 28 U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2) The Western district of Washington is not a proper venue under 28 U.S.C. Section 1391(b)(2) Because of prejudice against plantiff in prior filings of motion to amend complaint.

3) Plantiff Hayes was a prisoner of Marysville city jail and now resides in King county jail awaiting sentencing.

4) Defendants _____ & _____ of the Marysville city jail employees. They are legally responsible for the operation of Marysville jail and the welfare of all inmates at the jail.

5) Each defendant is sued individually and in his official capacity. At all times each defendant acted under color of state law.

## Facts

6) At all times inmate Hayes was held in safety cell in A block of Marysville city jail, confined in isolation for alleged medical reasons.

## FACTS continued

On April 18th 2020 Plantiff Hayes was arrested for minor violations of the law. Two misdemeanors to be exact. Upon entery Marysville Jail The Booking officer made a decision to put Plantiff in isolation based on alleged medical reasons without proper medical care or even be seen by a medical Professional. There was no doce to book by county therefore holding Hayes in isolation cell without Just cause of medication Hayes stated he was under Dr.'s care and was denied medical attenion. Once in isolation cell Hayes cooperated fully with Staff but was still held in isolation. The use of a Safety cell must be limited according the Federal laws. Use of "Chinese toilet" are forbidden by federal law & deemed Hazerdous as of there is no runny water, phone privalages or writing material what so ever. Hayes was not allow access to phone or even Grievance process as he was told to be quite and awtit Judges orders. Hayes complied and even Co-oprated in an interview with detectives in unrelated case from King county.

## Legal claims

1) Use of Safety cell is only to be used Extreame cases and for very short amount of time. 4 days is excessive and blatent disregard for Hayes constitutional rights of local phone call within 72 hours of incarceration. Running water to wash after use of Restroom and lack of medical care were also violations against Hayes.

Prayer for Relief

Wherefore, Plantiff respectfully pray that this court enter Judgment:

1) Granting Plantiff Hayes a declaration that the acts and omissions described herein violate his rights under the constitution and laws of United States and a preliminary & permanent injunction ordering defendants to cease there use of Safety cell & cease there policy of refusing use of phone for inmates confined in Safety cell.

2) Granting relief and compensatory damages in the amount of $50,000 against each defendant, jointly & severally.

3) Plantiff Hayes seeks compensatory damages of $5,000 from against Booking officer only.

4) Plantiff seeks nominal damages and punitive damages in the amount of $50,000.

5) Plantiff also seek a jury trial on all issues triable by jury.

6) Plantiff also seeks recovery of costs in this suit and any additional relief this court deems just & proper & Equitable.

Dated Oct, 22, 2021

Respectfully Submitted  Michael Allen Hayes 220008340
                        Maliceng Regional Justice Center
                        620 West James St
                        Kent Wa 98032

Signed Michael Allen Hayes.

To: Clerk Western Washington District Court
From: Michael Allen Hayes 220008340
RE: New Complaint / New Defendants / Separated From prior Litigation

FILED LODGED RECEIVED MAIL
OCT 29 2021
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

I Michael a. Hayes respectfully submit new complaint namely Booking officer _____, medical officer and property officer at the Marysville city jail. I was held for over 72 Hrs in safety cell without a clear or Booking sheet from county of Snohomish. I was alleged in a larceny charge and subsequently arrested in Marysville. Booking officer stated I was held in safety cell for medical reasons which were not verified by a professional medical attendant or Doctor. I was put there as punishment for lying to police about my name and for observation of withdrawal from prescribed medication. I informed the detective of my need for Zyprexa & Suboxone at the interrogation process on 4-19-20. I was denied medical attention and forced into isolation with no running water, phone or washing utensils to grieve this policy. Nor was I allowed access to recreation "Time out of cell" or proper hygiene materials. This was a violation of my civil rights and therefore this civil action is being filed before the 2 yr mark which is my allotted time to file 1983 motion. This is separate from Officer Blake and Detective Blackmans 1983 motion as of those are separate issues by far. Sued Michael Hayes
Dated Oct 23, 2021



New Cmplaint
Separating Detective Blohm et al
ADDITIONAL Documentation Requested
New Documents to file Separate motion on Separate complaint.

Name: Michael A. Hayes
Bkg. # 220068340
King County Correctional Facility
620 West James Street
Kent, WA 98032

Seattle P&DC 981
WED 27 OCT 2021 PM

Clerk, United States District court
United States courthouse
700 stewart street, Suite 2310
Seattle Wa 98101

FILED
LODGED
RECEIVED
MAIL
OCT 29 2021
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY