UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ALLEN HAYES,

        Plaintiff,

v.

MARYSVILLE CITY JAIL,

        Defendant.

CASE NO. 2:21-cv-01477-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court **adopts** the report and recommendation.

(2)    This case is **dismissed without prejudice** for failure to prosecute.

(3)    The Clerk is directed to **close** this case and **send** copies of this order to plaintiff, counsel for defendants, and to the Hon. J. Richard Creatura.

**DATED** this 7th day of February, 2022.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge